AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California

UNITED STATES OF AMERICA

v.

    )
    )
    )    Case No. 6:26-mj-00021-HBK
    )

MICHAEL BEEBE    )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)    The defendant shall abstain from the use of alcohol and/or the use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4)    The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by Wednesday, June 18, 2025 before 12:00 PM.

(5)    The defendant must appear at:    U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
    _Place_

9004 CASTLE CLIFF COURT, YOSEMITE, CA 95389

on _____
    _Date and Time_

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/12/2026

_Michael Joseph Beebe_
    _Defendant's signature_

_Helena M. Barch-Kuchta_

Date: 6/12/2026

    _Judicial Officer's Signature_

Helena Barch-Kuchta, United States Magistrate Judge
    _Printed name and title_